**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHELLE L. RUA | Case No. 12-20065 JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| GMAC MORTGAGE CORP* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR BELIEVE RELIEF HAS BEEN GRANTED.

| | |
|---|---|
| GMAC MORTGAGE CORP*<br>ATTN MAIL CODE 507-345-110<br>3451 HAMMOND AVE~PMT PROCESSNG<br>WATERLOO, IA 50702 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 08/20/2012 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHELLE L. RUA, 706 EDGEWOOD DRIVE, PITTSBURGH, PA  15215 | JASON MAZZEI ESQ, MAZZEI & ASSOCIATES, 432 BLVD OF THE ALLIES, PITTSBURGH, PA  15219 |

ORIGINAL CREDITOR:
GMAC MORTGAGE CORP*, ATTN MAIL CODE 507-345-110, 3451 HAMMOND AVE~PMT PROCESSNG, WATERLOO, IA  50702

NEW CREDITOR: