# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHELLE L. RUA | Case No. 12-20065 JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ONEWEST BANK FSB | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR HAS INFORMED SERVICE HAS BEEN RELEASED TO OCWEN.

ONEWEST BANK FSB  
6900 BEATRICE DR  
PO BOX 4045  
KALAMAZOO, MI 49009

Court claim# /Trustee CID# 60

The Movant further certifies that on 03/07/2014 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S): | DEBTOR'S COUNSEL: |
| MICHELLE L. RUA, 7664 HALLEYS DRIVE, LITTLETON, CO  80125 | JASON MAZZEI ESQ, MAZZEI & ASSOCIATES, 432 BLVD OF THE ALLIES, PITTSBURGH, PA  15219 |

ORIGINAL CREDITOR:
ONEWEST BANK FSB, 6900 BEATRICE DR, PO BOX 4045, KALAMAZOO, MI  49009

NEW CREDITOR:
OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY NOTICING
PO BOX 24605
WEST PALM BEACH FL 33416-4605