**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHELLE L. RUA | Case No. 12-20065 JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| ONEWEST BANK FSB | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR HAS INFORMED SERVICE HAS BEEN RELEASED TO OCWEN.

ONEWEST BANK FSB                     Court claim# /Trustee CID# 5
6900 BEATRICE DR
PO BOX 4045
KALAMAZOO, MI 49009

The Movant further certifies that on 03/07/2014 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
|  | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) |  |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHELLE L. RUA, 7664 HALLEYS DRIVE, LITTLETON, CO  80125 | JASON MAZZEI ESQ, MAZZEI & ASSOCIATES, 432 BLVD OF THE ALLIES, PITTSBURGH, PA  15219 |

ORIGINAL CREDITOR:
ONEWEST BANK FSB, 6900 BEATRICE DR, PO BOX 4045, KALAMAZOO, MI  49009

NEW CREDITOR:
OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY NOTICING
PO BOX 24605
WEST PALM BEACH FL 33416-4605