**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELLE L. RUA | Case No. 12-20065CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ONEWEST BANK FSB | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

OUR OFFICE WAS IN RECEIPT OF A CREDITOR REFUND LETTER DATED FEBRUARY 28, 2014 ADVISING THAT THE LOAN WAS SERVICE RELEASED. FUNDS OVER $17,000.00 HAVE BEEN ON RESERVE SINCE THEN. WE WILL NEED TO RECEIVE A PROOF OF ASSIGNMENT FILED IN ORDER TO RELEASE THESE FUNDS, OTHERWISE THEY WILL REMAIN ON RESERVE. THIS IS OUR SECOND REQUEST.

| | |
|---|---|
| ONEWEST BANK FSB<br>6900 BEATRICE DR<br>PO BOX 4045<br>KALAMAZOO, MI 49009 | Court claim# /Trustee CID# 5 |

The Movant further certifies that on 06/25/2015 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHELLE L. RUA, 7664 HALLEYS DRIVE, LITTLETON, CO  80125

:
OCWEN LOAN SERVICING LLC(*), ATTN CASHIERING DEPT, 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL  33409-6493

NEW CREDITOR:
OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409-6493

ORIGINAL CREDITOR:
ONEWEST BANK FSB, 6900 BEATRICE DR, PO BOX 4045, KALAMAZOO, MI  49009

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 432 BLVD OF THE ALLIES, PROFESSIONAL OFFICE BUILDING, PITTSBURGH, PA  15219