**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELLE L. RUA | Case No. 12-20065CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>ONEWEST BANK FSB | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

OUR OFFICE WAS IN RECEIPT OF A CREDITOR REFUND LETTER DATED FEBRUARY 28, 2014 ADVISING THAT THE LOAN WAS SERVICE RELEASED. FUNDS OVER $1800.00 HAVE BEEN ON RESERVE SINCE THEN. WE WILL NEED TO RECEIVE A PROOF OF ASSIGNMENT FILED IN ORDER TO RELEASE THESE FUNDS, OTHERWISE THEY WILL REMAIN ON RESERVE. THIS IS OUR SECOND REQUEST.

| | |
|---|---|
| ONEWEST BANK FSB<br>6900 BEATRICE DR<br>PO BOX 4045<br>KALAMAZOO, MI 49009 | Court claim# /Trustee CID# 60 |

The Movant further certifies that on 06/25/2015 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MICHELLE L. RUA, 7664 HALLEYS DRIVE, LITTLETON, CO  80125 | ORIGINAL CREDITOR:<br>ONEWEST BANK FSB, 6900 BEATRICE DR, PO BOX 4045, KALAMAZOO, MI  49009 |
| :<br>OCWEN LOAN SERVICING LLC(*), ATTN CASHIERING DEPT, 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL  33409-6493 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 432 BLVD OF THE ALLIES, PROFESSIONAL OFFICE BUILDING, PITTSBURGH, PA  15219 |
| NEW CREDITOR:<br>OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | |